United States Court of Appeals
 for the district of columbia circuit
 


No. 96-5050 September Term, 1997

Americable International, Inc., Nos. 94cv02096 
 95cv00282 
 Appellant 95cv02214 
 95cv02114 
 v.

Department of Navy, et al.,

 Appellees

___________________
consolidated with Nos. 96-5131, 96-5132 and 96-5133 


 Before: Wald, Henderson and Garland, Circuit Judges.


 O R D E R

 It is ORDERED by the court that the opinion filed by the court on November 21, 1997
be amended to delete footnote 6 on page 8.

 Per Curiam
 For the Court:
 Mark Langer




Filed on January 30, 1998